AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.

SHAWNDALE CHILCOAT

)
)
)
)
)
)
)

Case: 1:22–mj–00179
Assigned To Magistrate Judge : Meriweather, Robin M.
Assign. Date : 8/10/2022
Description: Complaint w/ Arrest Warrant

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* SHAWNDALE CHILCOAT,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(B) - Entering and Remaining in the Gallery of Congress,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds,
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket in any of the Capitol Buildings,
18 U.S.C. § 1512(c)(2) - Obstruction or Impeding Any Official Proceeding.

Date: 08/10/2022

2022.08.10 18:15:08 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/10/22, and the person was arrested on *(date)* 8/11/22
at *(city and state)* Celina, OH

Date: 8/11/22

*Arresting officer's signature*

Chad Smith / Deputy U.S. Marshal
*Printed name and title*